*William J. Hogan* and *John Ambrose Goodwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

---

EDWARD C. SUFFERN, Appellant, *v.* KAUFMAN MANDELL et al., Respondents.

*Contract — agreement by which plaintiff's business became a department of that of defendants' — dispute as to who was entitled to proceeds of judgment recovered by plaintiff in action against third party for breach of contract.*

*Suffern v. Mandell*, 212 App. Div. 1, affirmed.

(Argued June 4, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered March 13, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury, and directing judgment in favor of defendants. Plaintiff and defendants entered into a contract whereby the plaintiff's business became a department in that of defendants', the plaintiff agreeing to transfer his accounts and orders to defendants in consideration of their agreement to pay to him a percentage of the net profits. Thereafter plaintiff commenced an action and recovered judgment against a third party for breach of contract to deliver merchandise. The controversy here arises from a dispute as to whether plaintiff or defendants were entitled to the amount collected on the judgment.

*Chauncey E. Treadwell* for appellant.

*Adolph Feidblum* and *Aaron William Levy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.